IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RAMON CRAVER,

       Plaintiff,                 No. CIV S 06-0362 DFL GGH  P

    vs.

DR. ROCHE, et al.,

       Defendants.          ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion for injunctive relief seeking a transfer due to an arthritic condition from which he alleges that he suffers, in addition to having a variety of torn ligaments, all conditions which are exacerbated by the cold temperatures of the cells at High Desert State Prison.  Defendants must file their response to the motion within twenty (20) days.

       IT IS SO ORDERED.

DATED: 10/23/06                /s/ Gregory G. Hollows

                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
crav0362.ord