IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RAMON CRAVER,

    Plaintiff,                    No. CIV S 06-0362 JAM GGH  P

  vs.

DR. ROCHE, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has filed a request for preliminary injunctive relief (and ultimately permanent injunctive relief) in the form of single cell housing claiming that as an ADA inmate with impaired knees he is vulnerable to attack since he is sentenced to life without parole and housed in a level four facility.  Defendants are directed to file their response to the request filed on 7/17/08, within thirty days, after which plaintiff will have twenty days to file a reply.

        IT IS SO ORDERED.

DATED: 07/30/08

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
crav0362.rsp